UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:07-CR-51 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| | ) | |
| CASSIE MCKENZIE | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

An initial appearance was held on an Indictment in this case on May 9, 2007. David Jennings, Assistant United States Attorney, was present representing the government, and Jonathan Wood was present representing the defendant. Upon motion of the government for detention, and pursuant to 18 U.S.C. Section 3142(f)(2), it is ordered that a detention hearing is scheduled **for Monday, May 14, 2007,** at **2:00 p.m.**, before the **Honorable C. Clifford Shirley, Jr**. The defendant shall be held in custody by the United States Marshal until that time and produced for the above scheduled hearing.

**IT IS SO ORDERED.**

    s/ Mary Beth Leibowitz
Mary Beth Leibowitz, by Designation
Knox County Criminal Court
Division 3, 6th Judicial District
State of Tennessee